United States Bankruptcy Court
Eastern District of Pennsylvania

Campisi Construction, Inc.,
        Plaintiff                                          Adv. Proc. No. 14-00616-jkf

ECI, LLC,
        Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Dec 10, 2014
                             Form ID: pdf900          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2014.
ust            +BRENDA D. GISH,   Office of United States Trustee - U.S. D,   Federal Building,
                228 Walnut Street, 11th Floor,   Harrisburg, PA 17101-1722
pla            +Campisi Construction, Inc.,   2106 Bustard Road,   Lansdale, PA 19446-5702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 11 2014 01:59:18      Frederic J. Baker,
                Office of United States Trustee,   833 Chestnut Street,   Suite 500,
                Philadelphia, PA 19107-4405
ust            +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 11 2014 01:59:18      SHAKIMA L. DORTCH,
                U.S. Dept. of Justice - U.S. Trustee,   844 N. King Street,   Suite 2207,
                Wilmington, DE 19801-3519
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 11 2014 01:59:19      United States Trustee,
                228 Walnut Street, Suite 1190,   Harrisburg, PA 17101-1722
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 11 2014 01:59:18      United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
                                                                                    TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2014                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2014 at the address(es) listed below:
        DAVID A. PECKMAN    on behalf of Defendant   ECI, LLC david@peckmanlaw.com
        DIMITRI L. KARAPELOU   on behalf of Plaintiff   Campisi Construction, Inc.
         dkarapelou@karapeloulaw.com
        REBECCA K. MCDOWELL   on behalf of Plaintiff   Campisi Construction, Inc.
         rmcdowell@karapeloulaw.com
        THOMAS J. MALONEY   on behalf of Defendant   Cornerstone Consulting Engineers & Architectural,
         Inc. tmsherwood421@aol.com
                                                                            TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| **Campisi Construction, Inc.,** | : | |
| **Debtor.** | : | **Case No. 14-12458 (JKF)** |
| _____ | | |
| **Campisi Construction, Inc.,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | |
| **Cornerstone Consulting Engineering & Architectural, Inc., and ECI, LLC,** | : | |
| | : | |
| **Defendants.** | : | **Adversary No. 14-0616** |
| _____ | | |

## ORDER SETTING STATUS HEARING

AND NOW, this 9th day of December, 2014, it is hereby **ordered** that a hearing

to consider the status of this adversary matter will be held before the Honorable Jean K.

FitzSimon, United States Bankruptcy Judge, on **Tuesday, January 20, 2015 at

2:00 p.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building &

Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

It is further **ordered** that a hearing to consider the status of debtor's

objection to Claim Numbers 7, 1 and 11 filed by ECI, LLC and debtor's objection

1

to Claim Number 9 filed by Cougar Development Group, LLC, in the main

bankruptcy case shall also be held on **Tuesday, January 20, 2015 at 2:00 p.m.**

in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building &

Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge

Copies to:

Dimitri L. Karapelou, Esquire
Rebecca K. McDowell, Esquire
Law Offices of Dimitri L. Karapelou, LLC
2 Penn Center
1500 JKF Boulevard, Suite 920
Philadelphia, PA  19102

Thomas J. Maloney, Esquire
Maloney, Danyi, O'Donnell & Tranter
901 West Lehigh Street
PO Box 1279
Bethlehem, PA  18016-1279

David A. Peckman, Esquire
Peckman Chait LLP
29 Mainland Road
Harleysville, PA  19438

Michael H. Kaliner, Esquire
Adelstein & Kaliner, LLC
350 South Main Street, Suite 105
Doylestown, PA  18901

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

2