# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAMPISI CONSTRUCTION, INC., | : | |
| | : | Case No. 14-12458 (JKF) |
| Debtor. | : | |

| | | |
|---|---|---|
| Campisi Construction, Inc. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 14-00616 (JKF) |
| | : | |
| ECI, LLC | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| Cornerstone Consulting Engineers & Architectural, Inc. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Cornerstone Consulting Engineers & Architectural, Inc., by and through its counsel, has filed a *Motion to Enforce and Approve Settlement Between Chapter 7 Trustee, ECI, LLC and Cornerstone* (the "Motion") in the above-referenced bankruptcy proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before April 14, 2017, unless earlier as otherwise provided by the Court, you or your attorney must do all of the following:

1

      (a)  File an answer explaining your position at:

> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Clerk's Office
> Robert N.C. Nix Building
> 900 Market Street, Suite 400
> Philadelphia, PA  19107-4299

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be **received** on or before the date stated above; and

      (b)  Mail a copy to the movant's counsel so that it will be **received** on or before the date stated above:

> John C. Kilgannon
> Stevens & Lee, P.C.
> 1818 Market Street
> 29th Floor
> Philadelphia, PA  19103

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Request.

3.  A hearing on the Motions is scheduled to be held before the Honorable Jean K. FitzSimon on **April 26, 2017** AT  **at 10:30 A.M.** in Courtroom 3, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA  19107.

4.  If a copy of the Request is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

| | |
|---|---|
| Dated:  March 27, 2017 | */s/ John C. Kilgannon*  <br>John C. Kilgannon<br>Stevens & Lee, P.C.<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA  19103<br>Telephone:  215-575-0100<br>Telecopier:  215-851-0214<br>email:  jck@stevenslee.com<br><br>*Attorneys for Cornerstone Consulting Engineers & Architectural, Inc.* |