UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| CAMPISI CONSTRUCTION, INC. | ) Case No. 14-12458 (JFK) |
| | ) |
| Debtor | ) |
| | ) |
| CAMPISI CONSTRUCTION, INC. | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 14-00616 (JFK) |
| | ) |
| ECI, LLC | ) |
| | ) |
| and | ) |
| | ) |
| CORNERSTONE CONSULTING ENGINEERS & ARCHITECTURAL, INC. | ) |
| Defendants. | ) |

## ORDER VACTING ORDER DATED APRIL 28, 2017

AND NOW, this 22nd day of February, 2018 it is hereby **ORDERED** that the Order of this Court dated April 28, 2017 and entered on May 1, 2017 is hereby **VACATED**:

BY THE COURT:

_____
Jean K. FitzSimon
United States Bankruptcy Judge