UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CAMPISI CONSTRUCTION, INC., | : | |
| | : | Case No. 14-12458 (JKF) |
| Debtor. | : | |

| | | |
|---|---|---|
| Campisi Construction, Inc. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 14-00616 (JKF) |
| | : | |
| ECI, LLC | : | |
| | : | |
| Defendant, | : | |
| | : | |
| and | : | |
| | : | |
| Cornerstone Consulting Engineers & Architectural, Inc. | : | |
| | : | |
| Defendant. | : | |

**ORDER CLARIFYING (I) ORDER ENFORCING AND APPROVING SETTLEMENT AGREEMENT, DATED APRIL 28, 2017 [ADV. DOC. NO. 50]; AND (II) ORDER VACATING ORDER DATED APRIL 28, 2017 [ADV. DOC. NO. 79]**

AND NOW, this 20th day of June, 2018, this Court seeking to clarify its prior orders entered in the above-captioned adversary proceeding, specifically, the (I) *Order Enforcing and Approving Settlement Agreement Dated April 28, 2017* (the "Settlement Order")[1] (Adv. Doc. No. 50] and (II) *Order Vacating Order Dated April 28, 2017* (collectively, with the Settlement Order, the "Orders") [Adv. Doc. No. 79], and after proper notice and opportunity to be heard provided to all creditors and parties in interest, and after hearing held and upon agreement of all parties to the Settlement Agreement and Mutual Release Between the Chapter 7

---

[1] Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Settlement Order.

1

Trustee, ECI, LLC and Cornerstone Consulting Engineers & Architectural, Inc. dated April 26, 2017 and this Court finding that clarification of the Orders is necessary and appropriate, it is hereby

**ORDERED** that the Settlement Order is hereby modified to eliminate and strike certain language from the injunction provisions set forth on pages two (2) and three (3) of the Settlement Order (the "Injunction Paragraph"), such that the Injunction Paragraph, as modified, shall provide as follows:

***ORDERED*** *that this Court having found that the issuance of an injunction is necessary and appropriate to effectuate the compromise and settlement set forth in the Settlement Agreement and approved by this Order, pursuant to section 105(a) of the Bankruptcy Code, any and all persons or entities who have, or will hold, any claim, interest or cause of action against Cornerstone, its officers, directors, shareholders, employees or representatives based upon, arising out of, or derived from, or attributable in any way to the Campisi State Litigation, ECI State Litigation, the State Litigation Settlement Agreement, ECI Judgment, the Adversary Proceeding, the Santander Attachment, the Garnished Funds or the Garnishment Judgment, or any activities relating thereto, whenever or wherever arising or asserted, shall be, and hereby are, permanently stayed, restrained and enjoined from prosecuting, continuing or commencing any such claim, interest or cause of action against Cornerstone, and/or its officers, directors, shareholders, employees and representatives.*

And it is further, **ORDERED** that, subject to the foregoing modifications to the Injunction Paragraph, the Settlement Order shall remain in full force and effect and constitutes a valid and enforceable Order of this Court, and it is further

SL1 1525435v1 110237.00001

**ORDERED** that within thirty (30) days from the entry of this Order, ECI shall withdraw its Writ of Revival filed in the ECI State Litigation, and it is further

**ORDERED** this Court shall retain jurisdiction over this Order and any proceeding that involves the validity or construction of the Settlement Agreement and the Orders.

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

SL1 1525435v1 110237.00001